IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WAYLON D. PERRY, )
)
Plaintiff, )
)
v. ) CV 02-JEO-1116-S
)
STEPHEN BULLARD, et al., )
)
Defendants. )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 19, 2002, recommending that plaintiff's request for injunctive relief and his cruel and unusual punishment claims against Warden Stephen Bullard be dismissed. It was further recommended that plaintiff's cruel and unusual punishment claims against Lt. King and Sgt. Myers be referred to the magistrate judge for further proceedings. The plaintiff filed objections on June 25, 2002. In said objections, the plaintiff agreed that Warden Stephen Bullard should be dismissed, however, he disagreed with the magistrate judge's recommendation regarding injunctive relief.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. Therefore, plaintiff's claims against Warden Bullard are due to be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b). Moreover, the plaintiff's request for injunctive relief is due to be **DENIED**. Finally, the cruel and unusual punishment claims against defendants King and Myers are due to be **REFERRED** to the magistrate judge for further proceedings.

An appropriate order shall be issued in conjunction herewith.

**DATED** this 15th day of July, 2002.

*William M. Acker, Jr.*

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2